# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| **TODD PHILLIPS, ET AL.** | **CIVIL ACTION NO. 17-cv-1524** |
| **VERSUS** | **JUDGE DOUGHTY** |
| **JULIAN C WHITTINGTON, ET AL.** | **MAGISTRATE JUDGE HORNSBY** |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion to Dismiss [Doc. No. 39] by District Attorney J. Schuyler Marvin and Assistant District Attorney Hugo A. Holland, Jr. ("Holland") is **GRANTED IN PART AND DENIED IN PART**. The motion is **GRANTED** as to the claims against Holland under Claim II (Failure to Intervene), Claim III (Due Process and Excessive Pre-Accusation Delay), and Claims V and VI (Policy and Custom), and these claims are **DISMISSED WITH PREJUDICE**. The motion is **DENIED** in all other respects.

MONROE, LOUISIANA, this 31st day of May, 2018.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE