UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | | |
|---|---|---|
| **TODD PHILLIPS, et al** | * | **CIVIL ACTION NO: 17-1524** |
| **VERSUS** | * | **DISTRICT JUDGE DOUGHTY** |
| **JULIAN WHITTINGTON, et al** | * | **MAGISTRATE JUDGE HORNSBY** |

## ORDER

The foregoing Motion to Enroll as Co-Counsel of Record having been considered,

**IT IS HEREBY ORDERED** that Liza Beth Grozinger of the law firm Stroud, Carmouche, & Buckle, PLLC be permitted to enroll as co-counsel of record for Plaintiffs in these proceedings.

THUS DONE AND SIGNED on this 15th day of January, 2020.

_____
MAGISTRATE JUDGE