```
 1                UNITED STATES DISTRICT COURT

 2                WESTERN DISTRICT OF LOUISIANA

 3                    SHREVEPORT DIVISION

 4      * * * * * * * * * * * * * * * * * * * * * * * *

 5    TODD PHILLIPS, ET AL              :
                                        :
 6    VERSUS                            :    NO. 17-1524
                                        :
 7    JULIAN WHITTINGTON, ET AL         :

 8      * * * * * * * * * * * * * * * * * * * * * * * *

 9

10

11

12

13

14

15

16       RULE 30(b)(6) DEPOSITION OF HUGO A. HOLLAND, JR.

17                       JULY 26, 2019

18

19

20

21

22

23

24
      Reported By:
25    Pamela R. Crenshaw, CCR
```

**Exhibit 2**

30(b)(6)
HUGO A. HOLLAND, JR.
07/26/2019

25

```
1       Q    What was the status -- let me back up.  When
2   did you first become involved in the Todd Phillips
3   case?
4       A    Don't remember.  I previously provided that
5   information, but what it is I don't know.  I think it
6   was sometime in 2015.
7       Q    Do you recall the status of the
8   investigation when you became involved?
9       A    I don't know what you mean by status of the
10  investigation.
11      Q    What was occurring in the investigation when
12  you became involved?
13      A    It was being investigated.
14      Q    Had they already issued a citation?
15      A    No.
16      Q    Did they have a suspect?
17      A    Yes.
18      Q    Was that suspect Todd Phillips?
19      A    Yes.
20      Q    Did they have any other suspects?
21      A    Not when I became involved.
22      Q    When you were assigned the case of Todd
23  Phillips, what did you do?
24      A    Reviewed the case file.
25      Q    What else?
```

**Exhibit 2**