# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# SHREVEPORT DIVISION

| | | |
|---|---|---|
| **TODD PHILLIPS, et al** | * | **CIVIL ACTION NO: 17-1524** |
| **VERSUS** | * | **DISTRICT JUDGE DOUGHTY** |
| **JULIAN WHITTINGTON, et al** | * | **MAGISTRATE JUDGE HORNSBY** |

## ORDER

The foregoing Motion to Substitute Co-Counsel Liza Beth Grozinger and Enroll Michael L. DuBos as Co-Counsel of Record having been considered,

**IT IS HEREBY ORDERED** that Liza Beth Grozinger be withdrawn as co-counsel of record in these proceedings.

**IT IS FURTHER ORDERED** that Michael L. DuBos of the law firm Breithaupt, DuBos, and Wolleson, 1811 Tower Drive, Monroe, Louisiana, 71201 be permitted to enroll as co-counsel of record for Plaintiffs in these proceedings.

THUS DONE AND SIGNED on this __21st__ day of October, 2020.



_____
JUDGE