## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### SHREVEPORT DIVISION

| | |
|---|---|
| **TODD PHILLIPS, ET AL.** | **CIVIL ACTION NO. 17-1524** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **JULIAN WHITTINGTON, ET AL.** | **MAG. JUDGE MARK L. HORNSBY** |

### ORDER

Upon consideration,

IT IS ORDERED that Plaintiffs' Motion to Continue January 11, 2021 Trial or, in the Alternative, Motion to Modify Scheduling Order [Doc. No. 184] is GRANTED. The January 11, 2021 trial is CONTINUED, and this matter is REFERRED to Magistrate Judge Hornsby to hold a scheduling conference at a time convenient to him.

MONROE, LOUISIANA, this 2nd day of November, 2020.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE