UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| TODD PHILLIPS, JODI PHILLIPS BROOKE PHILLIPS and ABBY PHILLIPS § § § § Plaintiffs § § VS. § § JULIAN WHITTINGTON, individually and in his official capacity as SHERIFF OF BOSSIER PARISH, LT. BRUCE BLETZ, individually and in his official Capacity, HUGO HOLLAND, individually and in his official capacity as SPECIAL PROSECUTOR FOR THE BOSSIER PARISH DISTRICT ATTORNEY'S OFFICE, J. SCHUYLER MARVIN, in his official capacity as DISTRICT ATTORNEY FOR BOSSIER PARISH, and UNKNOWN BOSSIER PARISH SHERIFF DEPUTIES, JOHN AND JANE DOES 1-100 § § § § § § § § § § § § Defendants § | | CIVIL ACTION NO: 5:17-cv-01524 <br><br><br><br> DISTRICT JUDGE TERRY A. DOUGHTY <br><br><br><br><br> MAG. JUDGE MARK L. HORNSBY |

**NOTICE OF APPEAL TO THE FIFTH CIRCUIT**

Notice is hereby given that Julian C. Whittington, the Sheriff of Bossier Parish, in his individual and official capacities; Lieutenant Bruce Bletz, in his individual capacity; Captain Shawn Phillips, the supervisor of the investigation division, in his individual capacity; former Chief Deputy Charlie Owens, supervisor of day-to-day operations and adviser to Sheriff Whittington, in his individual capacity, defendants in the above named case, hereby appeal to the United States Court of Appeals for the Fifth Circuit from an order denying in part Defendants' summary judgment motion asserting qualified immunity entered in this action on the 28th day of

October, 2020, a ruling which is immediately appealable pursuant to 28 U.S.C.A § 1291, and applicable jurisprudence.

**DATED:** November 18, 2020

                              Respectfully submitted by:

                              LANGLEY & PARKS, LLC

                              By:  s/ *Julianna P. Parks*
                                    Glenn L. Langley, Bar No. 8019
                                    Julianna P. Parks, Bar No. 30658

                              401 Market Street, Suite 1100
                              Shreveport, Louisiana 71101
                              (318) 383-6422: Telephone
                              (318) 383-6405: Facsimile

                              ***Attorneys for BSO Defendants***