UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| **TODD PHILLIPS, et al** | * | **CIVIL ACTION NO: 17-1524** |
| **VERSUS** | * | **DISTRICT JUDGE DOUGHTY** |
| **JULIAN WHITTINGTON, et al** | * | **MAGISTRATE JUDGE HORNSBY** |

### NOTICE OF CROSS-APPEAL

Notice is hereby given that the Plaintiffs, TODD PHILLIPS, JODI PHILLIPS, BROOKE PHILLIPS, and ABBY PHILLIPS, hereby appeal to the United States Court of Appeals for the Fifth Circuit from the trial court's Memorandum Ruling and Judgment granting in part and denying in part BSO Defendants' summary judgment motion asserting qualified immunity, which ruling was entered on October 28, 2020 (Rec. Docs. 180, 181), under the Court's pendent appellate jurisdiction because the issues to be presented are "inextricably intertwined" with the appeal of Sheriff Julian Whittington and Lt. Bruce Bletz from the same Memorandum Ruling and Judgment, *see* Rec. Doc. 187, and review of the complete Memorandum Ruling and Judgment (Rec. Docs. 180, 181) "is necessary to ensure meaningful review." *See Anderson v. Valdez*, 845 F.3d 580, 589 (5th Cir. 2016).

Respectfully submitted,

**STROUD, CARMOUCHE & BUCKLE, PLLC**

BY: __/s/ *Nichole M. Buckle*__
Nichole M. Buckle, Bar No. 32113
7330 Fern Avenue, Suite 903
Shreveport, Louisiana 71105
Phone: (318) 629-0014
Fax: (318) 404-1571

**BREITHAUPT, DUBOS, & WOLLESON**
Michael L. DuBos, Bar No. 23944
1811 Tower Drive
Monroe, Louisiana 71201
Phone: (318) 322-1202
Fax: (318) 322-1984