# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# SHREVEPORT DIVISION

| | | |
|---|---|---|
| **TODD PHILLIPS, et al** | * | **CIVIL ACTION NO: 17-1524** |
| **VERSUS** | * | **DISTRICT JUDGE DOUGHTY** |
| **JULIAN WHITTINGTON, et al** | * | **MAGISTRATE JUDGE HORNSBY** |

### MOTION TO WITHDRAW JOHN N. BOKENFOHR AS CO-COUNSEL OF RECORD FOR DEFENDANT, GARY WILSON

NOW INTO COURT, through undersigned counsel, comes Defendant, GARY WILSON, who respectfully moves as follows:

1.

John N. Bokenfohr, was permitted to enroll on July 2, 2018 as counsel of record in the above matter for defendant, GARY WILSON. (*See* Doc. 62).

2.

A conflict has arisen wherein Mr. Bokenfohr will be required to withdraw as co-counsel of record for Mr. Wilson.

3.

Mr. Bokenfohr has notified Mr. Wilson advising him of the cause of co-counsel's withdrawal.

4.

Mr. Wilson will not be prejudiced by this withdraw as he is also represented by Spencer Hays and Christopher Hatch, and Mr. Hatch has been Mr. Wilson's lead counsel

in connection with both his criminal proceedings and the instant suit.

WHEREFORE, undersigned counsel moves he be allowed to withdraw as co-counsel of record for Defendant, GARY WILSON.

                                      Respectfully submitted,

                                      **JOHN N. BOKENFOHR**
                                          (A Professional Law Corporation)

                                    BY:  /s/ John N. Bokenfohr
                                            John N. Bokenfohr, Bar No. 28500
                                    400 Travis Street, Suite 910
                                    Shreveport, Louisiana 71101
                                    Phone: (318) 747-5329
                                    Fax: (318) 404-1641

                                    **ATTORNEYS FOR DEFENDANT,**
                                    **GARY WILSON**