**MINUTES [0:30]**
September 29, 2022

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| TODD PHILLIPS, ET AL | CIVIL ACTION NO. 17-cv-1524 |
| VERSUS | JUDGE TERRY A. DOUGHTY |
| JULIAN C WHITTINGTON, ET AL | MAGISTRATE JUDGE HORNSBY |

A telephone status conference was held on September 29, 2022. Counsel reported that all defendants have settled in the case with the exception of Gary Wilson and the succession of Cody Wilson. The court floated the suggestion that Cody Wilson's succession would be unlikely to be able to contribute to a settlement, and Plaintiffs' counsel said she would discuss a dismissal of the succession with opposing counsel.

The deposition of Gary Wilson is being conducted this morning. Counsel for Gary Wilson, Blake Montgomery, advised the court that he has been unable to obtain Chris Hatch's file. (Mr. Hatch has surrendered his law license.) The court asked counsel to share the burden of providing the important discovery items to Mr. Montgomery to keep this case on track.

Due to the settlement of the other defendants, Plaintiffs' counsel anticipates that the case can be tried in about four days. The pretrial conference remains set for **November 10, 2022** and the trial remains set for **December 12, 2022**. If the succession is dismissed and Gary Wilson settles with Plaintiffs, counsel shall immediately notify the court so that

a 60-day order of dismissal can be entered. Mr. Langley will draft the joint motion to dismiss the defendants who have already settled.

Mark L. Hornsby
U.S. Magistrate Judge