**MINUTES [0:30]**
November 30, 2023

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| TODD PHILLIPS, ET AL | CIVIL ACTION NO. 17-cv-1524 |
| VERSUS | JUDGE TERRY A. DOUGHTY |
| JULIAN C WHITTINGTON, ET AL | MAGISTRATE JUDGE HORNSBY |

A telephone status conference was held on November 30, 2023 to discuss defendant Gary Wilson's repeated delays in executing all of the paperwork necessary to authorize the realtors to market and sell his property. Pursuant to the discussions at the conference, the court will tolerate no further delays. Mr. Wilson is ordered to comply immediately with the terms and provisions of the settlement agreement. Failure to comply immediately will result in a finding of contempt of court. Ms. Buckle and Mr. Montgomery will advise the court by email whether an additional order is necessary.

_____
Mark L. Hornsby
U.S. Magistrate Judge