**MINUTES [0:30]**
February 5, 2024

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| TODD PHILLIPS, ET AL | CIVIL ACTION NO. 17-cv-1524 |
| VERSUS | JUDGE TERRY A. DOUGHTY |
| JULIAN C WHITTINGTON ET AL | MAGISTRATE JUDGE HORNSBY |

A telephone status conference was held on February 5, 2024. After a discussion with counsel, the court will grant the Motion for Court Order to Enforce Terms of Settlement Agreement and Motion to Modify Settlement Agreement (Doc. 267).

Mark L. Hornsby
U.S. Magistrate Judge